| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Peterson Produce, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **18-03976** |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,000.00 | $75,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**delinquent payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Badger Center**<br>**P.O. Box 1530**<br>**Milwaukee, WI 53201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,851.22 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **repairs and parts**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bama Xpress, LLC.**<br>**W 7901 Mallard Street**<br>**Westfield, WI 53964** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **unsecured loan**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Peterson Produce, Inc. | Case number (if known) | 18-03976 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Citi Card**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5923** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Miscellaneous credit card purchases<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,000.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ComData, Inc.**<br>**c/o Ben Louis Zarzaur, Esq.**<br>**Zarzaur & Schwartz, P.C.**<br>**P.O. Box 11366**<br>**Birmingham, AL 35202**<br><br>Date(s) debt was incurred **11-20-17**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Judgment rendered against plaintiff in the case of Peterson Produce, Inc. dba Quality Trucking, Inc. CV-2018-902033.00. In the Circuit Court of Mobile County, Alabama.<br><br>Is the claim subject to offset? ■ No ☐ Yes | $101,497.22 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Diesel Machine**<br>**9795 Lincoln Street**<br>**Amherst, WI 54406**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** repair service and truck parts<br><br>Is the claim subject to offset? ■ No ☐ Yes | $33,327.21 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Gary Bula**<br>**P.O. Box 9**<br>**Grand Marsh, WI 53936**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** purchased potatoes<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Goodyear**<br>**5912 Haase Road**<br>**De Forest, WI 53532**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** repairs to trucks<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,170.22 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Interstate Battery**<br>**14032 90th Avenue**<br>**Chippewa Falls, WI 54729**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** battery purchases<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,614.95 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Interstate Power**<br>**2901 E. 78th Street**<br>**Minneapolis, MN 55425**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** parts and repairs to trucks<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,242.98 |

| Debtor | Peterson Produce, Inc. | Case number (if known) | 18-03976 |
|---|---|---|---|

### 3.10 Nonpriority creditor's name and mailing address
**Jerome & Monica Locke**
**185 County Road East**
**Grand Marsh, WI 53936**

Date(s) debt was incurred **2016-2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

**$221,000.00**

---

### 3.11 Nonpriority creditor's name and mailing address
**Pomps Tire Service, Inc.**
**c/o Financial Control Solutions**
**P.O. Box 666**
**Germantown, WI 53022**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **purchases of tires**

Is the claim subject to offset? ■ No ☐ Yes

**$31,929.10**

---

### 3.12 Nonpriority creditor's name and mailing address
**U.S. Bank**
**1310 Madrid Street**
**Marshall, MN**

Date(s) debt was incurred __
Last 4 digits of account number **6832**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **purchase of computer**

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

### 3.13 Nonpriority creditor's name and mailing address
**Unifirst Corp.**
**2400 Industrial Stret**
**Wisconsin Rapids, WI 54495**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **uniforms service and rugs**

Is the claim subject to offset? ■ No ☐ Yes

**$207,003.00**

---

### 3.14 Nonpriority creditor's name and mailing address
**V & R**
**43 E. Brookhaven Road**
**Vincennes, IN 47591**

Date(s) debt was incurred **2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **purchase of potatoes**

Is the claim subject to offset? ■ No ☐ Yes

**$57,956.44**

---

### 3.15 Nonpriority creditor's name and mailing address
**Visa - AARP**
**P.O. Box 6294**
**Carol Stream, IL 60197**

Date(s) debt was incurred __
Last 4 digits of account number **9251**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$32,000.00**

---

### 3.16 Nonpriority creditor's name and mailing address
**Visa - Regions**
**P.O. Box 2224**
**Birmingham, AL 35246**

Date(s) debt was incurred __
Last 4 digits of account number **1456**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Miscellaneous credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$32,000.00**

| Debtor | Peterson Produce, Inc. | Case number (if known) | 18-03976 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address<br>**Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$870.99** |
| | Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: **garbage service**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>**Wells Fargo Bank**<br>**c/o Eric L. Pruitt, Esq.**<br>**Baker, Donaldson, Bearman, Caldwell**<br>**420 20th Street North, Suite 1400**<br>**Birmingham, AL 35203** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$519,774.25** |
| | Date(s) debt was incurred **1-22-08**<br>Last 4 digits of account number ___ | Basis for the claim: **Wells Fargo Bank v. Peterson Produce, Inc., et al. CV-18-00405**<br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jamie A. Wilson**<br>**Assistant United States Attorney**<br>**Southern District of Alabama**<br>**63 South Royal Street, Ste 600**<br>**Mobile, AL 36602** | Line **2.1**<br>☐ Not listed. Explain ___ | ___ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 75,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,369,637.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,444,637.58 |